# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Dawn Pruett, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00043-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2021 Order.

September 29, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court